FILED

10/19/2022

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 22-0177

IN THE SUPREME COURT OF THE STATE OF MONTANA

DA 22-0177

_____

IN THE MATTER OF P.R.S.,

                                                 O R D E R

      A Youth in Need of Care.

_____

Pursuant to the Internal Operating Rules of this Court, this cause is classified for submission on briefs to a five-justice panel of this Court.

The Clerk is directed to provide a copy hereof to all counsel of record and to the Honorable Rod Souza, District Judge.

For the Court,

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
October 19 2022